IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**NATIONAL MEDICAL IMAGING, LLC et al.,** :
      **Plaintiffs,** :
     **v.** :    **CIVIL ACTION NOs.**
    :    **15-mc-146 and 15-mc-147**
:
**DVI RECEIVABLES XIV, LLC, et al.,** :
      **Defendants.** :
_____

### ORDER

**AND NOW**, this 31st day of August 2016, upon consideration of the Motions filed by Plaintiffs National Medical Imaging, LLC and National Medical Imaging Holding Company, LLC to withdraw the references from the Bankruptcy Court, and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motions to Withdraw Reference [Case No. 15-mc-146, Doc. No. 1 and Case No. 15-mc-147, Doc. No. 1] are **GRANTED**.

2. The bankruptcy referral as to the Section 303(i)(2) adversary claims against Defendants are hereby **WITHDRAWN**.

3. Plaintiffs shall file an Amended Complaint in accordance with the holdings of this opinion on or before **September 21, 2016.**

It is so **ORDERED**.

                                                       **BY THE COURT:**

                                                       **/s/ Cynthia M. Rufe**
                                                       _____
                                                       **CYNTHIA M. RUFE, J.**